## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV4821                                                        Purchased/Filed: June 6, 2007

STATE OF NEW YORK      UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*      Plaintiff

against

*Land Carpet Service, Inc.*      Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on June 14, 2007, at 2:00 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint and Judges' Rules on Land Carpet Service, Inc., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 38    Approx. Wt: 145    Approx. Ht: 5'5"
Color of skin: White    Hair color: Blonde    Sex: F    Other:

Sworn to before me on this

15th day of June, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0705061

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**